409 A.2d 834

**COMMONWEALTH of Pennsylvania**

v.

**Carl HONEYBLUE, Petitioner.**

Supreme Court of Pennsylvania.

Dec. 19, 1979.

Petition No. 4441 Allocatur Docket, for Allocatur.

## ORDER

PER CURIAM:

The petition for allowance of appeal is granted. The order of Superior Court 396 A.2d 683, is vacated. The case

410

is remanded to Superior Court so that petitioner may file his appeal, nunc pro tunc with the court then deciding the case on the merits.